IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

SYNGENTA CROP PROTECTION,  )
INC.,                      )
                           )
         Plaintiff,        )
                           )
    v.                     )      **ORDER**
                           )
ATTICUS, LLC,              )
                           )
         Defendant.        )

On November 12, 2019, Syngenta Crop Protection, Inc. ("Syngenta" or "plaintiff") filed a complaint against Atticus, LLC ("Atticus" or "defendant") alleging that Atticus directly infringed two of Syngenta's patents [D.E. 1]. On January 3, 2020, Atticus moved to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) [D.E. 20] and filed a memorandum and exhibits in support [D.E. 21]. On January 24, 2020, Syngenta responded [D.E. 22]. On February 7, 2020, Atticus replied [D.E. 23]. On February 12, 2020, Syngenta filed a notice of supplemental authority [D.E. 24].

The court has thoroughly reviewed the motion and the complaint under the governing standard. The court DENIES defendant's motion to dismiss [D.E. 20].

SO ORDERED. This 7 day of April 2020.

                                                   JAMES C. DEVER III
                                                   United States District Judge