IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

SYNGENTA CROP PROTECTION, LLC, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
ATTICUS, LLC, )
)
    Defendant. )

This matter is before the court on Plaintiff's unopposed motion to seal its Memorandum in Support of its Motion for a Protective Order and Exhibit 2 submitted in support thereof. Plaintiff moves to seal the filings on the ground they "contain sensitive business and technical information concerning Syngenta's confidential agreements with third parties and Syngenta's strategies on generic competition and evaluating potential illegal azoxystrobin products and potential infringement of and enforcement of its intellectual property." (Mot. Seal [DE #141].)

For the reasons set forth in Plaintiff's motion and supporting memorandum, the court finds that the public's common law right of access is outweighed by Plaintiff's interests in protecting against competitive and/or financial harm to Plaintiff were such information made public. *In re Knight Publ'g Co.*, 743 F.2d 231 (4th Cir. 1984). Public notice of Plaintiff's request to seal and a reasonable opportunity to object have been provided by the filing of its motion, and no objections have been filed with the court. Furthermore, Plaintiff has narrowly tailored its

request to remove only information that is sensitive and confidential and not otherwise publicly known. Plaintiff's motion is therefore allowed.

## CONCLUSION

For the foregoing reasons, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Seal [DE #141] is GRANTED, and the following documents shall be SEALED:

    a. Plaintiff's Memorandum in Support of its Motion for a Protective Order Regarding Improper Depositions [DE #128]. A redacted version of this filing is attached as Exhibit 1 to the Declaration of Jeff Cecil [DE #142-2]; and

    b. Exhibit 2 to Plaintiff's Memorandum in Support of its Motion for a Protective Order Regarding Improper Depositions [DE #128-1]. A redacted version of this filing is attached as Exhibit 3 to the Declaration of Jeff Cecil [DE #142-3].

This 26th day of June 2021.

KIMBERLY A. SWANK
United States Magistrate Judge