IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

| | | |
|---|---|---|
| SYNGENTA CROP PROTECTION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ATTICUS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's unopposed motion to seal portions of Plaintiff's Proposed Reply to Defendant's Opposition to Plaintiff's Motion for Protective Order. Plaintiff seeks to seal this filing on the ground it "contains sensitive business and technical information concerning Syngenta's confidential communications with third parties, Syngenta's confidential agreements with third parties and other Syngenta entities, and Syngenta's strategies on sales, marketing, generic competition, its patent portfolio, and evaluating potential illegal azoxystrobin products and potential infringement of and enforcement of its intellectual property." (Mot. Seal [DE #193] at 1.)

For the reasons set forth in Plaintiff's motion and supporting memorandum, the court finds that the public's common law right of access is outweighed by Plaintiff's interests in protecting against competitive and/or financial harm to Plaintiff were such information made public. *In re Knight Publ'g Co.*, 743 F.2d 231 (4th Cir. 1984). Public notice of Plaintiff's request to seal and a reasonable

opportunity to object have been provided by the filing of its motion, and no objections have been filed with the court. Furthermore, Plaintiff has narrowly tailored its request to remove only information that is sensitive and confidential and not otherwise publicly known. Plaintiff's motion is therefore allowed.

## CONCLUSION

For the foregoing reasons, Plaintiff's Motion to Seal [DE #193] is GRANTED and Plaintiff's Proposed Reply to Defendant's Opposition to Plaintiff's Motion for Protective Order [DE #192] shall be SEALED. A redacted version of this filing is attached as Exhibit 1 to the Declaration of Jeff Cecil [DE #194-2].

This 26th day of June 2021.

KIMBERLY A. SWANK
United States Magistrate Judge