IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ATTICUS, LLC, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Defendant's unopposed motion to seal portions of its proposed reply to its Seventh Motion to Compel Discovery. Defendant seeks to seal these filings on the ground they contain sensitive and highly confidential information concerning third parties' processes for the manufacture of azoxystrobin. Defendant has filed a proposed redacted version of the documents, omitting the portions it contends should not be available to the public.

For the reasons set forth in Defendant's motion and supporting memorandum, the court finds that the public's common law right of access is outweighed by the interests of Defendant and third-party manufacturers in protecting against competitive and/or financial harm were such information made public. *In re Knight Publ'g Co.*, 743 F.2d 231 (4th Cir. 1984). Public notice of Defendant's request to seal and a reasonable opportunity to object have been provided by the filing of its motion, and no objections have been filed with the court. Defendant has narrowly tailored its request to remove only information that is sensitive and confidential and not otherwise publicly known.

## CONCLUSION

For the foregoing reasons, Defendant's Motion to Seal [DE #283] is GRANTED and it is ORDERED that Defendant's Proposed Reply in Support of its Seventh Motion to Compel Discovery [DE #276-1] shall be SEALED. A redacted version of this filing appears to have been provisionally sealed on the court's docket at DE #284, and the clerk is directed to UNSEAL the provisionally sealed document at DE #284 unless a motion to seal is filed by within seven (7) days of the date this order is entered.

This 6th day of January 2022.

_____
KIMBERLY A. SWANK
United States Magistrate Judge