IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

| | | |
|---|---|---|
| SYNGENTA CROP PROTECTION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ATTICUS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's unopposed motion to seal portions of its memorandum in support of its motion to stay discovery and Exhibit 1 thereto. Plaintiff seeks to seal these filings on the ground they "contain or reference sensitive business and technical information concerning Syngenta's confidential communications with third parties, and Syngenta's strategies on sales, marketing, generic competition." (Mot. Seal [DE #306] at 1.) Plaintiff has filed proposed redacted versions of the filings, omitting the portions it contends should not be available to the public.

For the reasons set forth in Plaintiff's motion and supporting memorandum, the court finds that the public's common law right of access is outweighed by Plaintiff's interests in protecting against competitive and/or financial harm were such information made public. *In re Knight Publ'g Co.*, 743 F.2d 231 (4th Cir. 1984). Public notice of Plaintiff's request to seal and a reasonable opportunity to object have been provided by the filing of its motion, and no objections have been filed with the court.

Plaintiff has narrowly tailored its request to remove only information that is sensitive and confidential and not otherwise publicly known. Plaintiff's motion is therefore allowed.

## CONCLUSION

For the foregoing reasons, Plaintiff's Motion to Seal [DE #306] is GRANTED and it is ORDERED that Plaintiff's memorandum in support of its motion to stay discovery [DE #302] and Exhibit 1 thereto [DE #303] shall be SEALED. Redacted versions of these filings are available to the public on the court's docket at DE ## 307-3 and 307-4.

This 9th day of January 2022.

_____
KIMBERLY A. SWANK
United States Magistrate Judge