IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CV-00509-D

SYNGENTA CROP PROTECTION, LLC,

    Plaintiff,

v.

ATTICUS, LLC,

    Defendant.

**ORDER GRANTING PLAINTIFF SYNGENTA CROP PROTECTION, LLC'S CONSENT MOTION TO REMOVE CLAWED-BACK MATERIAL FROM THE DOCKET**

For good cause shown, Plaintiff Syngenta Crop Protection, LLC's Consent Motion to Remove Clawed-Back Material From the Docket is GRANTED and the document at D.E. 243-26 and 279-17 shall be removed from the docket and replaced with the slip-sheet attached to the consent motion [DE #342-1 at 2].

This 10th day of January 2022.

_____
KIMBERLY A. SWANK
United States Magistrate Judge