IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

| | | |
|---|---|---|
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **ORDER** |
| ATTICUS, LLC, | ) ) ) | |
| Defendant. | ) | |

On July 2, 2021, defendant moved for leave to file a reply in support of its seventh motion to compel discovery [D.E. 276]. On July 8, 2021, defendant moved for leave to file a supplemental reply in support of its seventh motion to compel discovery [D.E. 287]. On September 12, 2021, Magistrate Judge Swank issued an order denying the motions for leave to file [D.E. 354]. On September 29, 2021, defendant appealed Judge Swank's order to this court [D.E. 365, 366].

The court has reviewed the appeal under the governing standard. The court AFFIRMS Judge Swanks' order [D.E. 354]. Defendant's appeal [D.E. 365] is DENIED.

SO ORDERED. This 12 day of January, 2022.

JAMES C. DEVER III
United States District Judge