IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

SYNGENTA CROP PROTECTION, )
INC., )
 )
              Plaintiff, )
 )
      v. )      **ORDER**
 )
ATTICUS, LLC, )
 )
              Defendant. )

On September 15, 2021, Magistrate Judge Swank denied plaintiff's first motion to compel discovery [D.E. 50], granted defendant's motion to compel discovery [D.E. 73], denied plaintiff's motion for access to confidential materials [D.E. 89], denied defendant's second motion to compel discovery [D.E. 91], granted plaintiff's motion for protective order to prohibit depositions [D.E. 127], granted in part and dismissed as moot in part plaintiff's second motion to compel discovery [D.E. 135], denied defendant's third motion to compel discovery [D.E. 143] and ordered plaintiff to supplement its discovery responses, granted defendant's fourth motion to compel discovery [D.E. 148], granted defendant's fifth motion to compel discovery [D.E. 198], denied defendant's sixth motion to compel discovery [D.E. 220], denied defendant's seventh motion to compel discovery [D.E. 235], and granted in part and denied in part defendant's eighth motion to compel discovery [D.E. 241]. See [D.E. 356]. On September 29, 2021, defendant appealed Judge Swank's order to this court [D.E. 367]. On October 13, 2021, plaintiff responded in opposition [D.E. 377].

The court has reviewed the record and the appeal under the governing standard. The court AFFIRMS Judge Swank's order [D.E. 356]. Defendant's appeal [D.E. 367] is DENIED.

SO ORDERED. This 12 day of January, 2022.

                                              *J. Dever*
                                      JAMES C. DEVER III
                                      United States District Judge