IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CV-00509-D

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, | |
| Plaintiff, | **ORDER** |
| v. | **GRANTING JOINT CONSENT** |
| ATTICUS, LLC, | **MOTION TO STAY CASE** |
| Defendant. | |

On June 23, 2022, Syngenta and Atticus filed a Joint Consent Motion to Stay this Case until July 30, 2022.

For good cause shown, it is hereby ORDERED that the Joint Consent Motion is GRANTED. This case is stayed until July 30, 2022.

SO ORDERED. This **24** day of June, 2022

HON. JAMES C. DEVER III
United States District Judge