IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

| | | |
|---|---|---|
| SYNGENTA CROP PROTECTION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ATTICUS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's unopposed motion to seal portions of Plaintiff's Opposition to Defendant's Motion for Leave to File a Supplemental Reply in Support of its Motion for Sanctions. Plaintiff seeks to seal this information on the ground it contains sensitive business information (Mot. Seal [DE #629] at 1.) Plaintiff has filed a proposed redacted version of the filing, omitting the portions it contends should not be available to the public.

For the reasons set forth in Plaintiff's motion and supporting memorandum, the court finds that the public's common law right of access is outweighed by Plaintiff's interests in protecting against competitive and/or financial harm to Plaintiff were such information made public. In re Knight Publ'g Co., 743 F.2d 231 (4th Cir. 1984). Public notice of Plaintiff's request to seal and a reasonable opportunity to object have been provided by the filing of its motion, and no objections have been filed with the court. Plaintiff has narrowly tailored its request to remove

only information that is sensitive and confidential and not otherwise publicly known. Plaintiff's motion is therefore allowed.

## CONCLUSION

For the foregoing reasons, Plaintiff's Motion to Seal [DE #629] is GRANTED. It is ORDERED that Plaintiff's Opposition to Defendant's Motion for Leave to File a Supplemental Reply in Support of its Motion for Sanctions [DE #628] be SEALED. A redacted version of this filing is available at DE #630-2.

This 21st day of September 2022.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge