IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-509-D

| | |
|---|---|
| SYNGENTA CROP PROTECTION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ATTICUS, LLC, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on Plaintiff's motion to seal portions of Defendant's Response in Opposition to Plaintiff's Second Motion to Maintain Confidentiality Designations and certain accompanying exhibits [DE #589]. Plaintiff seeks to seal the filings on the ground they contain confidential business and technical information. Where appropriate, Plaintiff has filed proposed redacted versions of the documents, omitting the portions it contends should not be available to the public.

The court has previously sealed other documents submitted in connection with Plaintiff's Second Motion to Maintain Confidentiality Designations. (*See* Order [DE #660].) For the reasons set forth in the court's prior order and in Plaintiff's motion and supporting memorandum, the court grants Plaintiff's motion to seal. The court finds that the public's common law right of access is outweighed by Plaintiff's interests in protecting against competitive and/or financial harm were such information made public. *In re Knight Publ'g Co.*, 743 F.2d 231 (4th Cir. 1984).

Public notice of Plaintiff's request to seal these documents and a reasonable opportunity to object have been provided by the filing of its motion, and no objections have been filed with the court. Plaintiff has narrowly tailored the request to remove only information that is sensitive and confidential and not otherwise publicly known. Furthermore, the parties have since settled all matters in controversy between them. Consequently, the sealed documents will not be the subject of any ruling by the court.

## CONCLUSION

For the foregoing reasons, it is hereby ORDERED as follows:

1.  Plaintiff's Motion to Seal [DE #589] is GRANTED; and

2.  The following documents shall be SEALED:

    a.  Defendant's Response in Opposition to Plaintiff's Second Motion to Maintain Confidentiality Designations [DE #579]. A redacted version is available at DE #590-3; and

    b.  Exhibits 1, 3-9 [DE ##580-2, 580-4 to 580-9]. Redacted versions are available at DE ##590-4, 590-5 to 590-10.

This 29th day of December 2022.

_____
KIMBERLY A. SWANK
United States Magistrate Judge